```
                                                    FILED
                                                    December 14, 2012
UNITED STATES DISTRICT COURT FOR THE                CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA                       CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )           Case No. 2:12-mj-00340-EFB
            Plaintiff,              )
                                    )
v.                                  )
                                    )           ORDER FOR RELEASE OF
SHERSHAH LODIN,                     )           PERSON IN CUSTODY
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SHERSHAH LODIN, Case No. 2:12-mj-00340-

EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

        _X_   Co-Signed Unsecured Appearance Bond

        _____   Secured Appearance Bond

        _X_   (Other) Conditions as stated on the record.

        _X_   (Other) Unsecured bond documents to be filed by 12/17/2012.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/14/2012  at  3:07 p.m

By _____
   Edmund F. Brennan
   United States Magistrate Judge